UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| PAÚL CAMARENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:21CV320-PPS/JPK |
| | ) | |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC. , | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Paúl Camarena's Notice of Dismissal [DE 4] is SO ORDERED.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), this action is DISMISSED WITHOUT PREJUDICE, and thereby CLOSED.

**SO ORDERED**.

ENTERED: January 28, 2022.

                                             /s/ Philip P. Simon
                                             PHILIP P. SIMON, JUDGE
                                             UNITED STATES DISTRICT COURT